■ WELLS FARGO BANK, N.A., Respondent, v GEORGE L. SANCHEZ, Appellant. [48 NYS3d 578]—

Order, Supreme Court, New York County (Doris Ling-Cohan, J.), entered January 15, 2015, which granted plaintiff's motion for summary judgment, unanimously affirmed, without costs.

The motion court correctly found the affidavit submitted in support of plaintiff's motion sufficient for prima facie entitlement to judgment as a matter of law. Contrary to defendant's contention, it was not necessary for the affiant to possess firsthand knowledge of the mechanics of the shortfall requirement in the parties' short sale agreement, as her affidavit was not submitted to explain the transaction. The motion court correctly found the short sale agreement unambiguous and not

deceptive (*see Sanif, Inc. v Iannotti*, 119 AD2d 654 [2d Dept 1986]), and properly rejected defendant's defenses as conclusory and unsubstantiated in finding that they failed to raise an issue of fact in opposition. Concur—Friedman, J.P., Andrias, Gische and Webber, JJ.